In the Matter of the Claim of DORA HORN, Respondent, against LOUIS GOLD-
STEIN CO., INC., et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.—

Present — Hill, P. J., Crapser, Bliss, Heffernan and
Schenck, JJ.